.31767.   HODGES *v.* THE STATE.

MacINTYRE, P. J.   The evidence authorized the verdict, and the court did not err in overruling the motion for new trial which contained the usual general grounds only.

> *Judgment affirmed.   Gardner and Townsend, JJ., concur.*

DECIDED NOVEMBER 13, 1947.

*James H. Dodgen,* for plaintiff in error.

*Paul Webb, Solicitor-General, John I. Kelley, Solicitor, J. W. LeCraw,* contra.